# Exhibit E

**From:** Clopper, Eric <eclopper@g.harvard.edu>
**Sent:** Saturday, April 28, 2018 5:09 PM
**To:** Polleys, Ruth A.
**Cc:** Memorial Hall Production; Mabronski@aol.com
**Subject:** Re: Foregen event, Sanders Theatre, May 1

Hi Ruth,

Thanks for your messages! Sorry for the slow response -- it has been incredibly busy getting ready for Tuesday.

I'm attaching the insurance certificate. I believe it meets all the stated requirements, but please let me know if you have any concerns.

I understand your concerns about the posters. My publicist has been very aggressive with them. Apparently, this is what is known in the publicity business as "implied nude"  -- slightly embarrassing to walk around campus and have the tourists pointing at me and then at the posters!  It's an edgy show, but we'll stay within the bounds of propriety, no worries.

The only feedback I received from both faculty and students about my inflatable penis team was very positive, but I fully understand that Harvard Yard is private property and I will be sure to tell them to remain off Harvard's property leading up to the show.

Best,
Eric

On Sat, Apr 28, 2018 at 2:26 PM, Polleys, Ruth A. <polleys@fas.harvard.edu> wrote:
Hi again, Eric,

A couple things:

1.) Reminder: we need a Certificate of Insurance before the event on May 1. Here's the contract language for reference:

(paragraph 20) **INSURANCE.** Licensee shall maintain at all times during the License Period, at its own cost and expense, insurance of the types and in the limits as follows: (a) a fully-paid Commercial General Liability insurance policy, alone or in combination with umbrella liability insurance, in form and amount and with deductibles acceptable to Harvard, but with limits of not less than $1,000,000 per occurrence and an annual aggregate limit of at least $2,000,000 with respect to bodily injury, personal injury, and property damage and, if any occupant or participant in the Program is under the age of 18, a limit of at least $100,000 per person for sexual molestation; (b) Workers' Compensation insurance with statutory limits in accordance with applicable laws; and (c) if the Program is subject to Massachusetts Department of Public Health at 105 C.M.R. 430.000 et seq., "Minimum Sanitation and Safety Standards for Recreational Operators for Children", Camper Accident and Health coverage with limits of $25,000 accident medical expense (benefit period of 52 weeks), and $5,000 accidental death & dismemberment coverage.  All policies of insurance required pursuant to this Section shall be issued by insurance companies authorized to provide that class of insurance in the Commonwealth of Massachusetts with a minimum rating of A: IX by A.M. Best & Company.   A duplicate original or certificate for each such policy shall be delivered to Memorial Hall / Lowell Hall Complex's Representative at least one week prior to the first Time of Use. The insurance policy or policies shall not be cancelable except upon the insurer's twenty days' prior written notice to Memorial Hall / Lowell Hall Complex's Representative and shall be in form and substance subject to Harvard's and Memorial Hall / Lowell Hall Complex's satisfaction.

Note that item (c) is not applicable as minors are not involved. If there's someone else at Foregen I should speak to about this, let me know. We welcome COIs in pdf form via email.

2) Due to the nature of the posters advertising the event, I've been asked to let you know that zoning laws and our Entertainment License with the City of Cambridge do not permit nudity as part of any event. The May 1 event may well not include nudity, but we want to be sure--and want to be sure the Entertainment License for Sanders remains in compliance.

Send along any questions.

Thank you,

Ruth

_____

Ruth Polleys
*Program Manager*
Office for the Arts at Harvard
Memorial Hall/Lowell Hall Complex
45 Quincy Street, room 027
Cambridge, MA 02138
T 617.496.6391; F 617.495.2420
http://www.fas.harvard.edu/memhall


--
Eric Clopper
Systems Administrator
Language Resource Center
Harvard University, Faculty of Arts and Sciences
phone: +1 617 384 9234