# Exhibit F



**Harvard University**
**Faculty of Arts and Sciences**
**Cambridge, Massachusetts 02138**

**Termination Letter**

July 12, 2018

Mr. Eric Clopper

South Boston, MA 02127

Dear Eric,

This letter is to inform you that effective July 12, 2018, you will be terminated from the Language Resource Center at the Faculty of Arts and Sciences of Harvard University (the "LRC") and you will no longer hold the position of Systems Administrator. The reason for your termination is due to your unacceptable conduct and actions leading up to and during the *Sex and Circumcision: An American Love Story* show which took place on May 1, 2018 (the "Show").

Based on our investigation into this matter, we found that at the conclusion of the Show, you had arranged for the projection of a final video. While the video was playing behind you, you appeared nude on stage and engaged in simulated sexual activity with a blow-up doll (the "Doll"). That dance was followed by the projection of an explicit slide show of you engaging in sexual penetration with the Doll including the display of your genitals and what appears to be you ejaculating on the face of the Doll. You engaged in this conduct notwithstanding that you had been clearly informed that nudity was not permitted on the stage at Sanders Theater. In addition, you made a number of misrepresentations and misleading statements to Harvard LRC colleagues and to Sanders Theatre staff members regarding the content of the Show, and your use of the LRC workspace in preparation for the Show, including during regular business hours, was excessive, disruptive and distressing to your LRC coworkers.

This conduct was inappropriate and unacceptable and is the basis for the termination of your employment.

Under COBRA, you may continue your health, dental, and vision benefits, starting on your Separation Date. You will be responsible for 102% of the full premium costs. If you have any questions about how your Harvard benefits will be affected by your termination, please contact the Benefits Services Group at 617-496-4001.

You may apply for unemployment compensation benefits, as explained in the enclosed pamphlet "How to Apply for Unemployment Insurance Benefits." However, Harvard reserves the right to contest your eligibility for unemployment benefits. You will receive your final paycheck representing all wages due you, including any accrued, unused vacation days, shortly.

You will continue to have access to Harvard's EAP for three months from your termination date. You may reach the EAP any day and any time by calling 877-EAP-HARV (877-327-4278).

Sincerely,

*Robert G Doyle*
Robert G Doyle
Associate Dean