# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC CLOPPER,<br><br>Plaintiff<br><br>v.<br><br>HARVARD UNIVERSITY; PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION); THE HARVARD CRIMSON; AND JOHN DOES 1-10,<br><br>Defendants | Case No.: 1:20-cv-11363-RGS |

## ASSENTED-TO MOTION TO EXTEND TIME
## TO SUBMIT OPPOSITION TO THE HARVARD CRIMSON'S MOTION TO DISMISS

The Plaintiff, Eric Clopper, moves, with the assent of The Harvard Crimson (through its attorney, Robert Bertsche), to extend the filing deadline of his opposition to The Harvard Crimson's Rule 12 motion until October 26, 2020. The extension is requested due to counsel's unanticipated illness ongoing for the past week and inability meet professional obligations as a result.

Respectfully submitted,

/s/ Michael Vigorito                              Dated: October 15, 2020
Michael Vigorito, Esq. (BBO#: 696328)
VIGORITO WOOLF PC
100 State Street, Floor 9
Boston, MA 02109
(617) 410-6750
mvigorito@vigoritowoolf.com

## Certificate of Service

I, Michael Vigorito, hereby certify that this document has been filed on September 14, 2020, through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and by email to Robert A. Bertsche, One Int. Place, Suite 3700, Boston MA 02210 (rbertsche@princelobel.com).