# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC CLOPPER,<br>Plaintiff<br><br>v.<br><br>HARVARD UNIVERSITY; PRESIDENT AND FELLOWS OF HARVARD COLLEGE (HARVARD CORPORATION); THE HARVARD CRIMSON; AND JOHN DOES 1-10<br><br>Defendants | Case No.:   1:20-CV-11363 |

## ASSENTED-TO MOTION TO EXTEND THE
## OPPOSITION DEADLINE TO NOVEMBER 3, 2020

The Plaintiff, Eric Clopper, respectfully moves to extend until November 3, 2020, to file his opposition to the Defendant, The Harvard Crimson's, motion to dismiss the Plaintiff's compliant. **The Harvard Crimson, through its attorney, Robert A. Bertsche, has assented to this motion.** In support hereof, the Plaintiff states that he would benefit from this brief extension to finalize his opposition and to finalize a settlement proposal to discuss with the Defendant's counsel.

Respectfully submitted,

/s/ Michael Vigorito                              Dated: October 26, 2020
Michael Vigorito, Esq. (BBO#: 696328)
VIGORITO WOOLF PC
100 State Street, Floor 10
Boston, MA 02109
(617) 410-6750
mvigorito@vigoritowoolf.com

## Certificate of Service

      I, Michael Vigorito, hereby certify that this document has been filed on October 26, 2020, through the ECF system and will be sent by email to Robert A. Bertsche (rbertsche@princelobel.com) and electronically to the registered participants as identified in the Notice of Electronic filing.

*/s/ Michael Vigorito*