UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eric Clopper

      Plaintiff

  v.                                           Civil Action No. 1:20-11363-RGS

Harvard University et al

      Defendants

### ORDER OF DISMISSAL

November 5, 2020

STEARNS, D.J.

In accordance with the court's Electronic Order [Dkt # 52] issued on November 5, 2020, granting defendant's Motion to Dismiss, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice.

                                                                By the court,

                                                                /s/ Arnold Pacho
                                                               Deputy Clerk