# United States Court of Appeals
## For the First Circuit

No. 20-2140

ERIC CLOPPER

Plaintiff - Appellant

v.

HARVARD UNIVERSITY; PRESIDENT AND FELLOWS OF HARVARD COLLEGE, (Harvard Corporation); THE HARVARD CRIMSON, INC.

Defendants - Appellees

JOHN DOES 1-10

Defendants

**MANDATE**

Entered: March 30, 2023

In accordance with the judgment of August 1, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Peter W. Adler
Amy Barsky
Robert A. Bertsche
Andrew DeLaney
William W. Fick
Brad Kane
Michael J. Lambert
Daniel N. Marx
John R. Sylla