# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

June 30, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

> Re: Eric Clopper
> v. President & Fellows of Harvard College, et al.
> No. 23-1
> (Your No. 20-2140)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 19, 2023 and placed on the docket June 30, 2023 as No. 23-1.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst